UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :

TRUSTEES OF THE NEW YORK CITY DISTRICT     :
COUNCIL OF CARPENTERS PENSION FUND,      :
WELFARE FUND, ANNUITY FUND, AND          :
APPRENTICESHIP, JOURNEYMAN RETRAINING,   :             22-CV-6716 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,     :
                                               :                   <u>ORDER</u>
                         Plaintiffs,          :
                                                 :
                    -v-                    :
                                                 :
DFNY DRYWALL & ACOUSTICS INC. et al.,      :
                                                 :
                     Defendants.       :
                                                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit

their proposed case management plan and joint letter by the Thursday prior to the upcoming

conference.  The parties should indicate in their joint letter whether they can do without a

conference altogether.  If so, the Court may enter a case management plan and scheduling order

and the parties need not appear.  If not (or if the Court concludes that, the parties' views

notwithstanding, a conference should be held), the Court will hold the initial conference **by**

**telephone**, albeit perhaps at a different time.  To that end, counsel should indicate in their joint

letter dates and times during the week of the conference that they would be available for a

telephone conference.  Unless and until the Court orders otherwise, however, the conference will

proceed — and will do so on the date and time previously set.

       In the event a conference is held, the parties should join it by calling the Court's

dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the

pound (#) key.  Further, counsel should review and comply with the procedures for telephone

conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at

https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties,

**no later than 24 hours before the conference**, to send a joint email to the Court with the names

and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and

the telephone numbers from which counsel expect to join the call.


       SO ORDERED.

Dated: November 7, 2022
      New York, New York

                                        JESSE M. FURMAN
                                   United States District Judge